IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID<br>https://www.facebook.com/profile.php?id=100013078600391<br>https://www.facebook.com/adam.schreiber.142<br>THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. | Magistrate No. 19-4 MJ |

## MOTION TO UNSEAL SEARCH WARRANT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Maureen Sheehan-Balchon, Assistant United States Attorney for said district, and sets forth the following:

On March 14, 2019, a Search Warrant was issued in the above-captioned case.

The Search Warrant, Affidavit and Return were then ordered sealed pending search of the above-captioned matter.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Search Warrant, Affidavit and Return, due to the fact that the search has been executed, and there is no further need for the Search Warrant, Affidavit and Return to remain sealed.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

s/ Maureen Sheehan Balchon
By:   MAUREEN SHEEHAN-BALCHON
Assistant U.S. Attorney
PA ID No. 78059